IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELISSA EDMONDS**, | ) | CIVIL ACTION NO. **23-1242** |
| Plaintiff, | ) | |
| v. | ) | |
| **DAVID URBAN, Cashier,** | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this 17th day of July, 2024, in accordance with the memorandum opinion, it is hereby ORDERED that the amended complaint is dismissed with prejudice. The magistrate judge's report and recommendation (ECF No. 16) is adopted as the opinion of the court, as supplemented in the memorandum opinion. Civil Action No. 23-1242 shall be marked closed.

BY THE COURT

*/s/ Joy Flowers Conti*
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE

1